JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI GHAZARYAN, | Case No. CV 12-01508-RGK (JCx) |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| VS. | |
| ENHANCED RECOVERY COMPANY LLC, | |
| Defendant(s). | |

On July 19, 2012, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution. Plaintiff's response was due on or before August 2, 2012. As of today's date, no response has been filed, therefore, the case is ordered dismissed.

**IT IS SO ORDERED.**

Dated: 08.22.12

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE